IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STINGRAY IP SOLUTIONS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| RESIDEO TECHNOLOGIES, INC. and ADEMCO INC., | § § § | CIVIL ACTION NO. 2:22-cv-00420 |
| Defendants. | § § § § § § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Stingray IP Solutions LLC ("Stingray"), Plaintiff in the above-captioned action, certifies that Stingray is a Texas Limited Liability Company and that more than 10% of Stingray is owned by Acacia Research Group LLC. Acacia Research Group LLC is a wholly-owned subsidiary of Acacia Research Corporation, a publicly-owned company.

Dated:  October 26, 2022

Respectfully submitted,

/s/ Jeffrey R. Bragalone
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
E-mail: jbragalone@bosfirm.com
Terry A. Saad
Texas Bar No. 24066015
E-mail: tsaad@bosfirm.com
Marcus Benavides
Texas Bar No. 24035574
E-mail: mbenavides@bosfirm.com
Brandon V. Zuniga
Texas Bar no. 24088720
E-mail: bzuniga@bosfirm.com
Paul C. Stevenson
Texas Bar No. 24117098
E-mail: pstevenson@bosfirm.com
**BRAGALONE OLEJKO SAAD PC**
901 Main Street
Suite 3800
Dallas, Texas 75202
Telephone:  (214) 785-6670
Facsimile:   (214) 785-6680

**ATTORNEYS FOR PLAINTIFF
STINGRAY IP SOLUTIONS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on October 26, 2022.

/s/ Terry A. Saad
TERRY A. SAAD