UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:22-cv-00420-JRG-RSP

Name of party requesting extension: Resideo Technologies, Inc. and Ademco, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/1/22

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 12/22/22   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Brady Cox
State Bar No.: 24074084
Firm Name: Alston & Bird LLP
Address: 2200 Ross Avenue, Suite 2300
Dallas, TX 75201

Phone: 214-922-3443
Fax: 214-922-3843
Email: brady.cox@alston.com

A certificate of conference does not need to be filed with this unopposed application.