**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| STINGRAY IP SOLUTIONS LLC, | § § | |
| v. | § § | CASE NO. 2-22-cv-00420-JRG-RSP |
| RESIDEO TECHNOLOGIES, INC., et al. | § § | (Lead Case) |

| | | |
|---|---|---|
| STINGRAY IP SOLUTIONS LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § § | CASE NO. 2:22-cv-00421-JRG-RSP (Member Case) |
| ADT INC. and ADT LLC, | § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is a Joint Motion to Stay All Deadlines and Notice of Settlement (the "Joint Motion") submitted jointly by Plaintiff Stingray IP Solutions LLC ("Stingray") and Defendants ADT Inc. and ADT LLC (collectively the "Defendants"). (**Dkt. No. 88**.)

The Court, having reviewed and considered the Joint Motion, is of the opinion that the Joint Motion should be **GRANTED**. It is therefore:

**ORDERED** that all proceedings and deadlines in this case as related to the claims against Defendants are stayed for thirty (30) days from the date of the Order, during which time appropriate dismissal papers shall be filed with the Court.

**SIGNED this 8th day of December, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE